Thank you, Mr. Clark. My name is Gregor E. James Clark-Hans. So, I'm one of the greater honors, the defendants, called their attorneys on 30th Road into the swamp. We, the defendants, were here to cover the weather, the number of defendants, and the weather was on 3rd Park, East 249th. One of the problems that arises in this case is that this is the engine of a piracy circuit, in my opinion, where they should have armed the guilty parties and turned those who were involved. Doesn't that present a huge barrier for you? No, Your Honor. The court included on one of the alphas that count one's arson felony in part, but the court did not hold, did not specify whether the conviction was based on a misdemeanor object or a felony object. Your Honor, we're going to go to the fourth example. When, as a, excuse me, as a committed misdemeanor, there is misdemeanor. It's always a sentencing court that's going to be accountable to determining whether or not the objects that is a base for the conviction should be a misdemeanor. In this case, it's our position that the 9th Circuit would probably reserve that issue for the sentencing court in the first instance. In the second instance, if there is, in this case, we have a closed jury trial, and the defendant has requested a special verdict for an injury related to fraternity, a verdict that identified that the base of the conviction was a misdemeanor crime. I could say that better. There would be a conviction on the count, but the case at the sentencing court could say misdemeanor conviction. So, again, we're following the process of the 6th Circuit's statutory provisions. You can charge as a misdemeanor, or you can charge as a felony, or you can charge as a felony, but it's important that you hold your thought and your fears together. If you hold your thoughts together, you're charging as both a misdemeanor and a felony. All right. So, that's just how it works. So, for a lot of times, you know, up here on the field, my meeting with somebody said that the issues were very narrow because the parties took opposing positions as to whether one was felony or misdemeanor. And so, I said, you know, the issue at the 6th Circuit, that's the issue. The issue at the 6th Circuit, previously, was both. Under this particular conspiracy, one that's charged could be a felony, and it's not an issue under the terms of the 6th Circuit where a felony charge could be a felony. Yes. Correct. That's what I was getting at. Part of what I wanted the court to say, we don't want the charges of felony in parts of the 6th Circuit. So, we hold that the California Jurisdiction is charged with felony offense. Okay. So, now it says, It also says, So, I'm going to go ahead and address these issues now. Sure. Okay. We believe at that point, it's not raised in addition to the court. The court made the case for man-aggravated sentencing. It is, but I don't know. It was pretty obvious. It was a two-part process. It always would have multiple, you know, sets in routine for man-aggravated sentences, just to ensure that the overall effect of the overall sentence would be a perfect and consistent offender. I don't see any, and I think, too, that there's a need to suggest that the presence of the referee is an issue, but I don't see anything that suggests that it's the focus of the case. It's not one. I don't know. I'm kind of on two pages. I suggest if it's language, that it says, I don't have the language specifically in front of me, but there is a place that it says that there are two lines of the charge spelling part. I think one part says, I don't have the charge spelling in front, and then the other says, I don't think you can use it in front, so I think that needs to change. What would argue in a prior appeal that the plea clause would not involve any mission to conduct a reconstructive felony? That would be the best. That would be great. It's great. But the definition that they used to raise, they're telling us that they're raising today until the circuit first found that the conduct that they had to do was misdemeanor, that they said it was misdemeanor. It was. That's not suggesting that the case happened. The example there being a misdemeanor, meaning that it's not a secrecy, but it's a bad force in the United States. I actually looked it up. At the time, I think there was no legal system for felony conduct because of the courts ruling. There's no way that we would view that if the system didn't use this court. And then once that was, we were back there, we were getting back, and the fact that it was accessible, and it was included, was basically a serious misdemeanor. It may have been, but if you go up to the district courts, it's a security to the prosecution, so it's uncontrollable. But there were felony warrants suggested against the Court of Appeals. Well, I think it's, I think it's, there's nothing specific to the court that's suggested that we put the arraignments up with our clients when they have to get back to themselves. I don't want to set this subject. And hopefully you know what you're talking about, your client. But you just have to maintain, if you wish, don't be afraid, just have to maintain the arraignment, but if you don't, you shouldn't be dismissed. And I'm certainly going to find you if the verdict is not law. So, that's all. Well, I think, to the extent that that's sort of indicated, well, it may be the case that the court wants the client to face for the conviction or the misdemeanor or something. It's fair to the court indicating that the felonious person that committed the offense plotted the specific and managed the specific and prosecuted the case. Or also, it may be the same thing with the misdemeanor. Are you referring to the legal institution? Yes. Yes. The United States, in fact, you know, we need to look at Arm 1. It comes up that he had a disease or he had to be sent to vendors to see if he was in this sort of area. Which order is that you're referring to? I don't know. You know, then, well, you said it's like an officer's credit. I don't know. Maybe he deserves or he deserves credit to be affected. I don't know if you're referring to your office or if you're referring to the government. Okay. If you notice, I'm going to put the court names to the floor here in the middle of the United States. I think we can also start off just as you see in this upper scene and perhaps I'll just put it across on the slide as part of it. I just want to put this up so you know that this court judged that the comment that was made over the years that was used in the indictment in court number one, that they were charged with how or if it's normally enrolled in some kind of transport, auto selling, and selling of intellectual properties, including valuables and valuables. So instead of a violation of Section 70, Section 80, the value protection of the unrefined property, and it was an overact, the first overact that they were actually taking into consideration because the parties were trying to maximize the value of the property and the value of the property. It is required for an intellectual to sell. So if you come in and you see a bird and you say listen, if you kill a bird and you have this information and you sell it and you sell it for a certain value, then you're collecting some information on how much  you have and you can sell it online. So the evidence here is that the bird is putting down property and trying to attract the bird to
judges: O'scannlain, Clifton, Nguyen